UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs                                        Civil Action No 05-178Erie

CHARLES G MOON and
MARY ROBBIN MOON

    Defendants

### AFFIDAVIT

I, Lori A. Gibson, attorney for the Plaintiff, deposes and says that the averments contained in the foregoing Motion for Alternative Service are true and correct to the best of my knowledge, information and belief.

_____
Lori A. Gibson, Esquire
Attorney for the United States of America

I hereby declare, under penalty of perjury, that the facts of the foregoing are true and correct to the best of my knowledge, information and belief

Executed on the __18__ day of __Oct__, 2005.

_____
Lori A Gibson, Esquire
Attorney for the United States of America