UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No.: 05-178Erie |
| v | ) |
| | ) |
| CHARLES G. MOON and | ) |
| MARY ROBBIN MOON | ) |
| | ) |
| Defendants, | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Alternative Service was served on the following parties on the _30th_ day of _Oct_, 2005 by U.S., First-Class Mail.

CHARLES G. MOON
3 Oak Grove Road
Oil City, PA  16301

MARY ROBBIN MOON
3 Oak Grove Road
Oil City, PA  16301

LORI A. GIBSON, ESQUIRE
PA I D NO: 68013
HEIDI A. KORDISH, ESQUIRE
PA I D. NO: 90512