USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE UNITED STATES OF AMERICA | 05-178 ERIE |
| DEFENDANT | TYPE OF PROCESS |
| CHARLES G. MOON AND MARY ROBBIN MOON | SUMMONS/COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARY ROBBIN MOON
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3 OAK GROVE STREET, OIL CITY, PA 16301-1974

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

THE BERNSTEIN LAW FIRM
2200 GULF TOWER
PITTSBURGH, PA 15219
LORI A. GIBSON

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

NO RESPONSE BY MAIL. PLEASE SERVE THE ABOVE INDIVIDUAL ON OR BEFORE AUGUST 15, 2005.
PLEASE NOTE BELOW IF DEFENDANT APPEARS COMPETENT AND IN THE MILITARY SERVICE.

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 7-15-05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 2
District of Origin: No. 68
District to Serve: No. 68
Date: 7/19/05

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Notice of attempt placed in Door on 8/9/05

Date: UNEX   Time: 4:00 pm

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $270.00 | 146.25 | | $416.25 | | $0.00 |

REMARKS: TO ERIE 7-20-05
APPEARS COMPETENT ___ YES ___ NO   IN MILITARY SERVICE ___ YES ___ NO

8/9/05 - Attempted Service $90.00 + Mileage of $48.75
8/11/05 - Attempted Service $90.00 + Mileage of $48.75
8/15/05 - Attempted Service $90.00 + Mileage of $48.75

EXHIBIT 1

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev 12/15/80
Automated 01/00

F0058182

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE UNITED STATES OF AMERICA | 05-178 ERIE |
| DEFENDANT | TYPE OF PROCESS |
| CHARLES G. MOON AND MARY ROBBIN MOON | SUMMONS/COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CHARLES G. MOON
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3 OAK GROVE STREET, OIL CITY, PA 16301-1974

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

THE BERNSTEIN LAW FIRM
2200 GULF TOWER
PITTSBURGH, PA 15219
LORI A. GIBSON

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                           Fold

NO RESPONSE BY MAIL. PLEASE SERVE THE ABOVE INDIVIDUAL ON OR BEFORE AUGUST 15, 2005.
PLEASE NOTE BELOW IF DEFENDANT APPEARS COMPETENT AND IN THE MILITARY SERVICE.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 7-15-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No.:
District to Serve No.:
Signature of Authorized USMS Deputy or Clerk
Date: 7/18/05

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
Date: unex
Time: 4:00 [ ] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 270 | 0 | | $270 | | $270.00 |

REMARKS: TO ERIE 7-20-05
APPEARS COMPETENT ___YES ___NO    IN MILITARY SERVICE ___YES ___NO

8/9/05 — Attempted Service $90
8/11/05 — Attempted Service $90
8/16/05 — Attempted Service $90  USM 285 for Mileage

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00