JOSEPH J. BERNSTEIN (PA, FL)
ROBERT S. BERNSTEIN (PA, FL, WV, NY)
NICHOLAS D. KRAWEC (PA, NC, OH)
LORI A. GIBSON (PA)

# BERNSTEIN
## LAW FIRM, P.C.
TRADITION • TECHNOLOGY • TALENT

GLEN J. BERNSTEIN (PA, FL)
CHARLES E. BOBINIS (PA, WV)
KIRK B. BURKLEY (PA)
DEBORAH R. ERBSTEIN (PA)
CHRISTOPHER M. BOBACK (PA)
HEIDI A. KORDISH (PA)
SHERRY MAGRETTI HAMILTON (PA)
PETER J. ASHCROFT (PA)

(STATES OF ADMISSION)

SUITE 2200 GULF TOWER, PITTSBURGH PENNSYLVANIA 15219-1900  800-927-3197  412-456-8100  FAX 412-456-8135
WWW.BERNSTEINLAW.COM                                                                MAIL@BERNSTEINLAW.COM

September 21, 2005

Postmaster,
Oil City, PA 16301

Subject: Request for Information

Re: United States of America
Vs: Charles G. Moon
3 Oak Grove Street
Oil City PA 16301
**BERNSTEIN FILE NO. F0058182**

Sir:

### Request for Change of Address or Boxholder Information Needed for Service of Legal Process

Please furnish the new address or the name and address (if a boxholder) for the following:
Name:   Charles G. Moon
Address: 3 Oak Grove Street Oil City PA 16301

NOTE: The name and last known address are required for change of address information. The name, if known, and post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g. process server, attorney, party representing himself): __ATTORNEY__
2. State or regulation that empower me to serve process (not required when requester is an attorney or a party acting *pro se* must cite statute):_____
3. The name of all known parties to the litigation: United States of America VS. Charles G. Moon

4. The court in which the case has been or will be heard: COURT OF COMMON PLEAS OF COUNTY, PA, CIVIL DIVISION

5. The docket or other identifying number if one has been issued:_____
6. The capacity in which this individual is to be served (e.g defendant or witness): __DEFENDANT__



EXHIBIT 2

September 21, 2005
Page 2

## WARNING

THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

_____          Suite 2200 Gulf Tower
Signature                                         Address

N.J. Chapman                              PITTSBURGH, PA 15219
Printed Name                                City, State, ZIP Code

### FOR POST OFFICE USE ONLY

POSTMARK

__Not known at address given.              NAME and STREET ADDRESS
__Moved, left no forwarding address.      _____
__No such address.                                  _____
X will Correct address                              _____
__New address
__Box holder's name and address

File No. F0058182

JOSEPH J. BERNSTEIN (PA, FL)
ROBERT S. BERNSTEIN (PA FL WV, NY)
NICHOLAS D. KRAWEC (PA NC OH)
LORI A GIBSON (PA)

# BERNSTEIN
LAW FIRM, P C.

TRADITION • TECHNOLOGY • TALENT

MARLENE J. BERNSTEIN (PA, FL)
CHARLES E. BOBINIS (PA, WV)
KIRK B BURKLEY (PA)
DEBORAH R. ERBSTEIN (PA)
CHRISTOPHER M BOBACK (PA)
HEIDI A KORDISH (PA)
SHERRY MAGRETTI HAMILTON (PA)
PETER J ASHCROFT (PA)

(STATES OF ADMISSION)

SUITE 2200 GULF TOWER, PITTSBURGH PENNSYLVANIA 15219-1900  800-927-3197  412-456-8100  FAX 412-456-8135
WWW.BERNSTEINLAW.COM                                        MAIL@BERNSTEINLAW.COM

Postmaster,
Oil City PA 16301

September 28, 2005

Subject: Request for Information

Re: United States of America
Vs: Charles G. Moon
3 Oak Grove Street
Oil City PA 16301
**BERNSTEIN FILE NO. F0058182**

Sir:

### Request for Change of Address or Boxholder
### Information Needed for Service of Legal Process

Please furnish the new address or the name and address (if a boxholder) for the following:
Name: Mary Robbin Moon
Address: 3 Oak Grove Street Oil City PA 16301

NOTE: The name and last known address are required for change of address information. The name, if known, and post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 265 6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g. process server, attorney, party representing himself): __ATTORNEY__
2. State or regulation that empower me to serve process (not required when requester is an attorney or a party acting *pro se* must cite statute):_____
3. The name of all known parties to the litigation: United States of America VS. Charles G. Moon

4. The court in which the case has been or will be heard: COURT OF COMMON PLEAS OF _____ COUNTY, PA, CIVIL DIVISION

5. The docket or other identifying number if one has been issued: __05-178 Erie__
6. The capacity in which this individual is to be served (e.g. defendant or witness): __DEFENDANT__

*September 28, 2005*
*Page 2*

## WARNING

THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U S C SECTION 1001)

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

_____
Signature

T.J. Chapman
Printed Name

Suite 2200 Gulf Tower
Address

PITTSBURGH, PA  15219
City, State, ZIP Code

### FOR POST OFFICE USE ONLY

POSTMARK

__ Not known at address given
__ Moved, left no forwarding address
__ No such address
X  Correct address
__ New address
__ Box holder's name and address

NAME and STREET ADDRESS

_____
_____
_____

File No. F0058182