UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs                                        Civil Action No 05-178Erie

CHARLES G. MOON and
MARY ROBBIN MOON

    Defendants

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2005 upon consideration of Plaintiff's Motion for Special Service, it is hereby ORDERED, ADJUDGED AND DECREED that service in this case shall be made on the Defendants, Charles G. Moon and Mary Robbin Moon, by posting the mortgaged property known as 3 Oak Grove Street, Oil City, PA 16301.

BY THE COURT:

_____