UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff

                              Civil No. 05-178-ERIE

vs

CHARLES G. MOON AND
MARY ROBBIN MOON

        Defendants

### CERTIFICATE OF SERVICE

I, LORI A. GIBSON, certify that, this 20TH day of October, 2005, I served a true and correct copy of the foregoing MOTION FOR ENLARGEMENT OF TIME OF 120 DAYS TO SERVE COMPLAINT IN MORTGAGE FORECLOSURE ON DEFENDANTS CHARLES G. MOON AND MARY ROBBIN MOON upon the following individual by regular First Class United States Mail, postage prepaid:

CHARLES G. MOON  
3 Oak Grove Road  
Oil City, PA 16301

MARY ROBBIN MOON  
3 Oak Grove Road  
Oil City, PA 16301

                                              Lori A. Gibson, Esquire

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.                                      Civil No. 05-178-ERIE

CHARLES G. MOON AND
MARY ROBBIN MOON

    Defendants

### ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion For Enlargement of Time, it is hereby ORDERED that Plaintiff's Motion For Enlargement of Time is granted and Plaintiff has an additional 120 days to serve Defendants, CHARLES G. MOON AND MARY ROBBIN MOON.

                                                BY THE COURT:

                                                J. _____