UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.                                                Civil No. 05-178-ERIE

CHARLES G. MOON AND
MARY ROBBIN MOON

    Defendants

### ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion For Enlargement of Time, it is hereby ORDERED that Plaintiff's Motion For Enlargement of Time is granted and Plaintiff has an additional 120 days to serve Defendants, CHARLES G. MOON AND MARY ROBBIN MOON.

                                            BY THE COURT:

                                            J. _____