IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT FOR PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

    Vs                            CASE NO. 05-178-ERIE

CHARLES G. MOON AND
MARY ROBBIN MOON,

    Defendant(s)

## PRAECIPE TO REISSUE SUMMONS

To the Clerk of Court:

    Kindly reissue the Summons in the above-captioned case.

                                      Respectively submitted,
                                      BERNSTEIN LAW FIRM, P.C.

                                      By: _____
                                      Lori A. Gibson, Esquire
                                      Attorney for Plaintiff
                                      PA I D, #68013
                                      Suite 2200 Gulf Tower
                                      Pittsburgh, PA 15219
                                      DIRECT DIAL: 412 456-8100