| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | UNITED STATES OF AMERICA | COURT CASE NUMBER 05-178 Erie |
|---|---|---|
| DEFENDANT | Charles G. Moon and Mary Robbin Moon | TYPE OF PROCESS SUMMONS/COMPLAINT |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mary Robbin Moon
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3 Oak Grove Street, Oil City, PA 16301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE POST PROPERTY AS INDICATED ABOVE ON OR BEFORE December 15, 2005
PER ATTACHED COURT ORDER. THANK YOU.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER (412) 456-8100
DATE 11-9-05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process 2 | District of Origin No. | District to Serve No. 8 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date 12/15/05  Time 2:00 pm

Signature of U.S. Marshal or Deputy

REMARKS:

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs                                        Civil Action No 05-178Erie

CHARLES G MOON and
MARY ROBBIN MOON

    Defendants

### ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2005 upon consideration of Plaintiff's Motion for Special Service, it is hereby ORDERED, ADJUDGED AND DECREED that service in this case shall be made on the Defendants, Charles G. Moon and Mary Robbin Moon, by posting the mortgaged property known as 3 Oak Grove Street, Oil City, PA 16301

CERTIFIED FROM THE RECORD
Date 10-26-05
ROBERT V. BARTH, JR., CLERK
By _____ Deputy Clerk

BY THE COURT:

Sean J. McLaughlin
Digitally signed by Sean J. McLaughlin
DN: CN = Sean J. McLaughlin, C = US, O = United States District Court, OU = United States District Judge
Date: 2005.10.21 09:06:41 -04'00'