IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.             Civil Action No. 05-178 Erie

CHARLES G. MOON AND
MARY ROBBIN MOON

    Defendants.

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS, CHARLES G. MOON AND MARY ROBBIN MOON

TO: The Clerk of the U.S. District Court for the Western District of Pennsylvania

Kindly enter the default of the Defendants, Charles G. Moon and Mary Robbin Moon, for failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure as appears in the Declaration of Lori A. Gibson, Esquire hereto attached.

BERNSTEIN LAW FIRM, P.C.

By: _____
Lori A. Gibson, Esquire
Attorney for Plaintiff
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

**BERNSTEIN FILE NO. F0058182**

AND NOW, This _____ day of _____, 2006 pursuant to request to enter default and affidavit filed, default is hereby entered against Defendant, _____, for failure to plead or otherwise defend.

                                            Clerk _____