IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

   Plaintiff

vs.            Civil Action No. 05-175 Erie

CHARLES G. MOON AND
MARY ROBBIN MOON

   Defendants

## DECLARATION OF LORI A. GIBSON, ESQUIRE

I, Lori A. Gibson, Esquire, being of legal age and competent to be a witness, declare and state as follows:

1. The Bernstein Law Firm is the Attorney for the Plaintiff, The United States of America;
2. That the Complaint and Summons were served on Defendants, Charles G. Moon and Mary Robbin Moon on December 15, 2005.
3. That the time within which Defendants, Charles G. Moon and Mary Robbin Moon, may answer or otherwise move as to the Complaint has expired; and
4. That the Defendants, Charles G. Moon and Mary Robbin Moon, have not answered or otherwise moved and that the time for Defendants, Charles G. Moon and Mary Robbin Moon, to answer or otherwise move has not been extended.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1-26-06

THE BERNSTEIN LAW FIRM, P.C.

By: _____
Lori A. Gibson, Esquire
PA I.D. 68013
2200 Gulf Tower
Pittsburgh, PA 15219
412-456-8100