IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Civil No.: 05-178 Erie

v.

CHARLES G. MOON AND
MARY ROBBIN MOON,

        Defendants,

### AFFIDAVIT

I, Lori A. Gibson, attorney for the Plaintiff, deposes and says that the averments contained in the foregoing Motion Upon Default for Judgment in Mortgage Foreclosure are true and correct to the best of my knowledge, information and belief.

                                                   _____
                                                   Lori A. Gibson, Esquire
                                                   Attorney for the United States of America

I hereby declare, under penalty of perjury, that the facts of the foregoing are true and correct to the best of my knowledge, information and belief.

Executed on the ___1___ day of _Feb_ 2006.

                                                   _____
                                                   Lori A. Gibson, Esquire
                                                   Attorney for the United States of America