IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                     Civil No.   **O5-178 Erie**

CHARLES G. MOON AND
MARY ROBBIN MOON,

        Defendants,

**JUDGMENT**

AND NOW, to wit, this __2nd__ day of __February__, 2006, after presentation and consideration of the foregoing Motion Upon Default for Judgment in Mortgage Foreclosure, heretofore filed by the Plaintiff, the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Judgment by Default is hereby entered against Defendants Charles G. Moon and Mary Robbin Moon, for failure of answer and in favor of Plaintiff, the United States of America, as follows:

    (a) Principal and Advances .................................. $12,862.79

        (b) Interest to September 30, 2004 ................. $ 1,310.75

        (c) Interest from October 1, 2004 through February 1, 2006

        At the daily rate of $4.10 ........................... $ 2,004.90

    Total ...................................................... $16,178.44

together with interest at 12.0% per annum to the date of Judgment, plus interest accruing from the date of Judgment at the legal rate and costs.

It is further ORDERED that the subject property hereby shall be and is exposed for the purpose of satisfying Plaintiffs' Judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

                                                              Sean J. McLaughlin
                                                              United States District Judge