IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                  Civil Action No. 05-178E

CHARLES G. MOON AND
MARY ROBBIN MOON,

    Defendants

## PRAECIPE FOR WRIT OF EXECUTION

To the Clerk of Court:

| | |
|---|---|
| Principal | $12,862.79 |
| Interest to 9/30/04 | $ 1,310.75 |
| Interest at the daily rate $4.10 from 10/1/04 to 2/2/06 date of judgment | $ 2,009.00 |
| Interest Credit Subject to Recapture | $ |
| Administrative Costs | $ 250.00 |
| Marshal Costs | $ 1,010.62 |
| Total | $17,443.16 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

                                    Respectfully submitted,
                                    BERNSTEIN LAW FIRM, P.C.

                                    By: _____
                                    Lori A. Gibson, Esquire
                                    Attorney for Plaintiff
                                    PA I.D. #68013
                                    Suite 2200 Gulf Tower
                                    Pittsburgh, PA 15219
                                    **DIRECT DIAL: (412) 456-8100**

NLA003456V001
3/27/2006