IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs                          Civil Action No  05-178E

CHARLES G. MOON AND
MARY ROBBIN MOON,

    Defendants

## **WRIT OF EXECUTION**

United States of America       )

                             )    ss:

Western District of Pennsylvania   )

To the United States Marshal, Western District of Pennsylvania:

    To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain piece or parcel of land, situate in the Tenth Ward, City of Oil City, Venango County, Pennsylvania, bounded and described as follows:

BEGINNING at a point in the south line of Oak Grove Street at a distance of two hundred three and five tenths (203.5) feet from the west line of Colbert Avenue, measured west along said south line of Oak Grove Street; thence south at right angles to Oak Grove Street, seventy-five (75) feet to an iron pipe; thence west parallel to Oak Grove Street, fifty-six and eight-tenths (56.8) feet to a drill hole in a concrete retaining wall near the east line of River Street; thence north along the edge of said concrete retaining wall, seventy-five and two-hundredths (75.02) feet to a drill hole therein on the south line of Oak Grove Street; thence east along said south line of Oak Grove Street, fifty-eight and three tenths (58.3) feet to the place of beginning.  Being City Lot No. 10017

BEING the same premises conveyed to Charles G. Moon and Mary Robbin Moon by deed recorded on February 15, 1983 in Venango County Deed Book 834, Page 717

Issue Writ of Execution in the above matter:

| | |
|---|---|
| Principal | $12,862.79 |
| Interest to 9/30/04 | $ 1,310.75 |
| Interest at the daily rate $4.10 from the 10/1/04 to 2/2/06 date of judgment | $ 2,009.00 |
| Interest Credit Subject to Recapture | $ |
| Administrative Costs | $    250.00 |
| Marshal Costs | $ 1,010.62 |
| Total | $17,443.16 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

CLERK OF COURT

Seal of the Court
Date:_____, 2006

_____
DEPUTY CLERK