IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs.
                                          Civil Action No 05-178E

CHARLES G. MOON AND
MARY ROBBIN MOON,

    Defendants

### AFFIDAVIT OF LAST KNOWN ADDRESS

    Lori A Gibson deposes and says that she is Attorney for Plaintiff, United States of America, and that to the best of her knowledge, information and belief, the name and last known address(es) of the defendant and the owner or reputed owner of the property in question is as follows:

CHARLES G. MOON AND MARY ROBBIN MOON,
3 OAK GROVE STREET
OIL CITY, PA 16301

                                                      _____
                                                      Lori A Gibson, Esquire

Sworn to and subscribed
before me this 30th day
of March, 2006

_Cheryl A. Bauer_
Notary Public

> COMMONWEALTH OF PENNSYLVANIA
> Notarial Seal
> Cheryl A. Bauer, Notary Public
> City Of Pittsburgh, Allegheny County
> My Commission Expires July 27
> Member, Pennsylvania Association Of Notaries

NLA003392V001
3/17/2006