U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 05-178 E |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CHARLES G. MOON AND MARY ROBIN MOON | WRIT OF EXECUTION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ORIGINAL NOT SERVED

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.  
LORI A GIBSON, ESQUIRE  
SUITE 2200 GULF TOWER  
PITTSBURGH, PA 15219

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

PLEASE MAKE SERVICE BY (1) DATING RECEIPT, (2) CHECKING BOX FOR "HAVE EXECUTED AS SHOWN IN REMARKS", (3) SIGNING REMARKS BELOW, AND (4) FILING ORIGINAL WRIT OF EXECUTION WITH YOUR FORM 285 RETURN.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 412-456-8100   DATE: 3-30-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*)

Total Process: 4   District of Origin No. 68   District to Serve No. 68   Signature of Authorized USMS Deputy or Clerk   Date: 4/4/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date: 4-12-06   Time: 0914  ☑ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | |

REMARKS: ON RECEIPT OF THIS WRIT OF EXECUTION, I HEREBY LEVY ON THE REAL PROPERTY DESCRIBED IN THE REAL PROPERTY DESCRIPTION ATTACHED HERETO.

DEPUTY U.S. MARSHAL

PRIOR EDITIONS MAY BE USED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285  
Rev. 12/15/80  
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs                                    Civil Action No. 05-178E

CHARLES G. MOON AND
MARY ROBBIN MOON,

    Defendants

## WRIT OF EXECUTION

United States of America    )
                                        )   ss:
Western District of Pennsylvania    )

To the United States Marshal, Western District of Pennsylvania:

To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain piece or parcel of land, situate in the Tenth Ward, City of Oil City, Venango County, Pennsylvania, bounded and described as follows:

BEGINNING at a point in the south line of Oak Grove Street at a distance of two hundred three and five tenths (203.5) feet from the west line of Colbert Avenue, measured west along said south line of Oak Grove Street; thence south at right angles to Oak Grove Street, seventy-five (75) feet to an iron pipe; thence west parallel to Oak Grove Street, fifty-six and eight-tenths (56.8) feet to a drill hole in a concrete retaining wall near the east line of River Street; thence north along the edge of said concrete retaining wall, seventy-five and two-hundredths (75.02) feet to a drill hole therein on the south line of Oak Grove Street; thence east along said south line of Oak Grove Street, fifty-eight and three tenths (58.3) feet to the place of beginning. Being City Lot No. 10017.

BEING the same premises conveyed to Charles G. Moon and Mary Robbin Moon by deed recorded on February 15, 1983 in Venango County Deed Book 834, Page 717.

Issue Writ of Execution in the above matter:

NLA003456V001
3/27/2006

| | |
|---|---|
| Principal | $12,862.79 |
| Interest to 9/30/04 | $ 1,310.75 |
| Interest at the daily rate $4.10 from the 10/1/04 to 2/2/06 date of judgment | $ 2,009.00 |
| Interest Credit Subject to Recapture | $ |
| Administrative Costs | $   250.00 |
| Marshal Costs | $ 1,010.62 |
| Total | $17,443.16 |

Plus interest from the date of Judgment at the legal rate and future costs to be added

CLERK OF COURT   *R.V. Barth,*

Seal of the Court
Date: 3-30 , 2006          DEPUTY CLERK