IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff

vs.                                          Civil Action No. 05-178E

CHARLES G. MOON AND
MARY ROBIN MOON

        Defendant(s)

## AFFIDAVIT OF LIENHOLDER

       Lori A. Gibson, Esquire, deposes and says that she is an Attorney with the Bernstein Law Firm, P.C., Private Counsel to United States of America for the Western District of Pennsylvania and counsel for plaintiff United States of America; herein that a diligent effort has been made to identify all persons having mortgages, judgments, or other liens on the subject premises; and that the following such persons have been mailed notice of the United States Marshal's Sale in the same form as the handbill by regular mail on May 18, 2006 at the following addresses:

        Venango County Tax Claim Bureau
        Courthouse Annex
        1174 Elk Street
        Franklin, PA 16323

        Oil City Treasurer
        21 Seneca Street
        Oil City, PA 16301

        Oil City Utility Office
        21 Seneca Street
        Oil City, PA 16301

        Oil City School District
        Administrative Office
        P.O. Box 929
        Oil City, PA 16301

NLA003471V001

Child Support Enforcement Agency
Courthouse Annex
1174 Elk Street
Franklin, PA 16323

Pennsylvania Department of Revenue
Inheritance Tax Division
Bureau of Individual Taxes
Dept. 280601
Harrisburg, PA 17128-0601

      I hereby declare, under penalty of perjury, that the foregoing is true and correct.
Executed on 5-18-06

LORI A. GIBSON, ESQUIRE
Attorney for Plaintiff
PA I.D #68013
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
Phone: 412-456-8100
Bernstein File No. F0058182