# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED U.S. MARSHAL
2006 MAY 25 A 11:51

| | |
|---|---|
| PLAINTIFF | UNITED STATES OF AMERICA |
| DEFENDANT | CHARLES G. MOON AND MARY ROBIN MOON |
| COURT CASE NUMBER | 178E |
| TYPE OF PROCESS | NOTICE OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CHARLES G. MOON
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3 OAK GROVE STREET, OIL CITY, PA 16301 ~~PITTSBURGH PA.~~

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

Number of process to be served with this Form 285: 
Number of parties to be served in this case: 
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE MAKE SERVICE BY POSTING PER COURT ORDER. MUST POST BEFORE 6-9-06 WHICH IS 30 DAYS BEFORE DATE OF SALE. WHEN FILING YOUR RETURN ON THIS FORM 285, PLEASE ATTACH EXTRA COPIES OF DOCUMENTS WHICH WE PROVIDE HEREWITH.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 3-30-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): 

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above): 

Date: 5/18/06   Time: 12:45 ☑ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: 4-11-06 Cert 9843 8020 3812 To Erie 5-9-06

PRIOR EDITIONS MAY BE USED    **PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

Case 1:05-cv-00178-SJM   Document 19   Filed 06/09/2006   Page 2 of 2
Case 1:05-cv-00178-SJM   Document 9   Filed 12/30/2005   Page 2 of 2
Case 1:05-cv-00178-SJM   Document 6   Filed 10/21/2005   Page 1 of 1

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs                                    Civil Action No 05-178Erie

CHARLES G. MOON and
MARY ROBBIN MOON

    Defendants

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2005 upon consideration of Plaintiff's Motion for Special Service, it is hereby ORDERED, ADJUDGED AND DECREED that service in this case shall be made on the Defendants, Charles G. Moon and Mary Robbin Moon, by posting the mortgaged property known as 3 Oak Grove Street, Oil City, PA 16301

CERTIFIED FROM THE RECORD
Date 10-26-05
ROBERT V. BARTH, JR., CLERK
By _____ Deputy Clerk

BY THE COURT:

Sean J. McLaughlin
Digitally signed by Sean J. McLaughlin
DN: CN = Sean J. McLaughlin, C = US, O = United States District Court, OU = United States District Judge
Date: 2005.10.21 00:06:41 -04'00'