# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 05-178 ERIE MISC. |
| **DEFENDANT** | **TYPE OF PROCESS** |
| CHARLES G. MOON AND MARY ROBIN MOON | HANDBILL NOICE OF SALE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3 OAK GROVE STREET, OIL CITY, PA 16301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
LORI A GIBSON, ESQUIRE
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

PLEASE POST HANDBILL NOTICE OF SALE ON PREMISES BEFORE 6-9-06, WHICH IS 30 DAYS BEFORE DATE OF SALE. WHEN FILING YOUR RETURN ON THIS FORM 285, PLEASE ATTACH COPY OF HANDBILL NOTICE OF SALE.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 3-30-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 5/18/06   Time: 12:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 180.00 | 61.60 | | 241.60 | | |

REMARKS: To Erie 5-9-06

PRIOR EDITIONS MAY BE USED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale at the Venango County Courthouse Franklin, PA hereinafter described property 3 Oak Grove Street, Oil City, Pennsylvania 16301 being more fully described as follows:

ALL that certain piece or parcel of land, situate in the Tenth Ward, City of Oil City, Venango County, Pennsylvania, bounded and described as follows:

BEGINNING at a point in the south line of Oak Grove Street at a distance of two hundred three and five tenths (203.5) feet from the west line of Colbert Avenue, measured west along said south line of Oak Grove Street; thence south at right angles to Oak Grove Street, seventy-five (75) feet to an iron pipe; thence west parallel to Oak Grove Street, fifty-six and eight-tenths (56.8) feet to a drill hole in a concrete retaining wall near the east line of River Street; thence north along the edge of said concrete retaining wall, seventy-five and two-hundredths (75.02) feet to a drill hole therein on the south line of Oak Grove Street; thence east along said south line of Oak Grove Street, fifty-eight and three tenths (58.3) feet to the place of beginning. Being City Lot No. 10017.

BEING the same premises conveyed to Charles G. Moon and Mary Robbin Moon by deed recorded on February 15, 1983 in Venango County Deed Book 834, Page 717.

**SAID SALE** to be held at the **VENANGO COUNTY COURTHOUSE INSIDE DOOR 1ST FLOOR FRANKLIN, PA** at **11:00 a.m.** prevailing, standard time, on **July 10, 2006.**

All those certain tracts of land, together with the buildings, and improvements erected thereon described as Tax Parcel 16-096-291-000 in Venango County, Assessment Office Franklin, Pennsylvania. Seized and taken in execution as the property of Charles G. Moon and Mary Robbin Moon, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution as Civil Action Number 05-178E. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U. S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Patricia Shufflebarger at 717-237-2293.

NLA003456V001
3/27/2006